DAVIDOFF HUTCHER & CITRON LLP
*(Proposed Pro Hac Vic) Attorneys for Brass Works Urban Renewal Company, LLC*
605 Third Avenue
New York, NY 10158
(212)-557-7200
Robert L. Rattet, Esq.
James B. Glucksman, Esq.
John Molino, Esq.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**www.njb.uscourts.gov**

| | |
|---|---|
| **In re:**<br><br>**BRASS WORKS URBAN RENEWAL COMPANY, LLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 26-15809** |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** James B. Glucksman of Davidoff Hutcher & Citron LLP hereby appears in the above-captioned Chapter 11 cases (the "Chapter 11 Cases") on behalf of *Brass Works Urban Renewal Company, LLC* ("Brass Works" or the "Debtor"), and, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby requests that copies of all notices and pleadings given or required to be given in the Chapter 11 Case, and all papers served or required to be served in the Chapter 11 Case, be directed and served via CM/ECF to the email addresses set forth below and, if necessary, delivered to the following address, telephone and fax numbers:

James B. Glucksman
DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
Email   rlr@dhclegal.com
Telephone (914) 381-7400
Fax (914) 381-7406

Dated: New York, New York
May 22, 2026

DAVIDOFF HUTCHER & CITRON LLP
*(Proposed Pro Hac Vic) Attorneys for Brass Works*
*Urban Renewal Company, LLC*
605 Third Avenue
New York, New York 10158
(212) 557-7200
rlr@dhclegal.com

By:   */s/ James B. Glucksman*
        JAMES B. GLUCKSMAN, ESQ.